

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FILED

JAN 03 2013

| | |
|---|---|
| LAURIE M. MONTANEZ and JEHAN HUGHES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>GERBER CHILDRENSWEAR, LLC,<br><br>Defendant - Appellant. | No. 12-55547<br><br>D.C. No. 2:09-cv-07420-DSF<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Pursuant to the stipulation of the parties, this appeal is dismissed without prejudice to its reinstatement in the event the district court denies any of the parties' motions for preliminary or final approval of their proposed class action settlement.

Appellant must file a motion to reinstate this appeal with this court within 28 days of entry of any order by the district court denying any of the parties' motions for preliminary or final approval of their settlement agreement.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation_12-21-12