UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE M. MONTANEZ and JEHAN HUGHES, individually and on behalf of all others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>GERBER CHILDRESNWEAR, LLC,<br><br>      Defendants. | CASE NO. CV 09-07420-DSF (DTBx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES AND CLAIMS RESULTS** |

I, **Jonathan D. Carameros,** declare:

    1.    I am a Senior Managing Consultant at Kurtzman Carson Consultants LLC ("KCC"). I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    KCC was retained by the parties to serve as the Claims Administrator to, among other tasks, administer the Notice Program, to respond to inquiries from Settlement Class Members, to publish the Class Notice; to receive and process Claim Forms; to establish and maintain a settlement website and perform other duties as specified in the Stipulation of Settlement (the "Stipulation") preliminarily approved by this Court on April 5, 2013

    3.    **CAFA Notification**. On February 15, 2013, in compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC mailed via United States Postal Service Priority

1  Mail a cover letter to the U.S. Attorneys General and the Attorney Generals for all 50 states, along with
2  a CD-ROM containing the following documents: 1) the Class Action Complaint [Docket No. 1]; 2) the
3  Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, Approval
4  of Proposed Form of Notice and Appointment of Claims Administrator [Docket No. 255]; 3) the
5  Proposed Order Granting Motion for Preliminary Approval of Class Action Settlement and Directing
6  Dissemination of Class Notice Program [Docket No. 255-6]; 4) the Short Form Notice [Docket No. 255-
7  4]; 5) the Long Form Notice [Docket No. 255-4]; and 6) the Stipulation of Class Action Settlement
8  [Docket No. 255-4].

4. **Publication of Summary Notice**. A Summary Notice was published in the July 2013 issue of *Parents* magazine, which has a circulation of more than 2.2 million subscribers. Furthermore, internet banner ads which directed individuals to the Settlement Website were posted from May 13, 2013 through June 10, 2013 on the following websites: "parentsconnect.com" (a Nickelodeon company);  "momswhothink.com"; "momversation.com"; "parenting.com"; "womensforum.com"; "justmommies.com"; "babycenter.com"; "mommymixing.com"; "grandparents.com"; "mombrary.com"; "whatsthatsmell.com"; "people.com"; "usatoday.com"; "oprah.com"; "oxygen.com"; "newyorkpost.com"; "Verizon.com"; "whitepages.com"; "womansday.com"; "msnbc.com"; "ivillage.com"; "citysearch.com"; "ancestry.com"; "geneaology.com;" and "everydayhealth.com." These banner ads were displayed more than one hundred twenty million (120,000,000) times to visitors of these websites. Statistically, 85.3% of children's clothing purchasers have viewed or used the internet in the last 30 days.

5. **Toll-Free Telephone Number**. On or before April 29, 2013, KCC established a toll-free telephone number (1-855-373-0814) dedicated to answering telephone inquiries from Class Members. As of September 20, 2013, KCC has received a total of 40 calls that were handled either through automated messages or through live support.

6. **Website**. On or before April 29, 2013, KCC also established a website (www.GCWSettlement.com) dedicated to this settlement to provide additional information to the Class Members and to answer frequently asked questions.  Visitors of the website can download a Long Form Notice or Summary Notice. Visitors can also submit Claim Forms online and upload supporting

1  documentation or print personalized Claim Forms to send via mail.  The web address was set forth in the
2  Summary Notice, Long Form Notice and Claim Form.  As of September 20, 2013, there have been
3  163,650 visits to the Settlement Website.

4    7.  **Mailing of Notices**.  Notice was mailed to all retailers that sold the Subject Garments.
5  This included a letter requesting that the short-form notice be posted at the retailer's location.  In
6  addition, the Short Form Notice was mailed to 99 consumers that had previously phoned the "1-800"
7  number that Gerber Childrenswear maintains for customer comments and feedback.  Any potential Class
8  Member that made any complaint about a Tagless label in a Class Garment and provided a mailing
9  address was mailed this notice.

10   8.  **Requests for Exclusion**. The deadline for Class Members to request to be excluded from
11  the class is a postmarked deadline of September 16, 2013. As of the date of this declaration, KCC has
12  received six requests for exclusion. The actual number of appropriate requests for exclusion is zero; the
13  six opt-out statements received were presented by businesses receiving notice of the settlement.  These
14  businesses would not fall within the Settlement Class as they were not consumers who purchased the
15  product.  No Class Member has sought exclusion.  A list of the businesses requesting to be excluded is
16  attached hereto as Exhibit A.

17   9.  **Objector**.  KCC is informed that one individual has submitted an objection.  That
18  Claimant, Ms. Morgan, filed her claim online.  She did not call into the toll-free number or make any
19  other inquiry regarding the claims process.

20   10.  **Claim Forms**. A Class Member can return the completed Claims Form by mail or
21  through an expedited online process that allows electronic submission.  The deadline for Class Members
22  to file a claim was a postmarked deadline of September 16, 2013. As of September 23, 2013, KCC has
23  received 1,794 timely submitted claim forms in both mail and electronic format.  Following the claims
24  deadline, KCC received 150 claims via the online process, but to date, KCC has received no mailed
25  claims postmarked after the claims deadline.  The vast majority of claims were submitted through the
26  simplified, online process (more than 98%).  KCC has received very few complaints or inquiries
27  regarding the claims process or the claims forms.
28   11.  **Claims Categories**.  Of the claims submitted prior to the claims deadline, 1619 claimants

seek payment of a check, 148 claimants seek a transferrable voucher, and 27 claimants seek replacement garments. Of the claims submitted after the claims deadline, 141 seek payment of a check, 9 claimants seek a transferable voucher, and none seek replacement garments. The claims remain subject to audit to confirm whether they are entitled to the remedy sought.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on this 25th day of September, 2013 at Novato, California.

_____
Jonathan D. Carameros

DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES AND CLAIMS RESULTS

# Exhibit A

**Exhibit A**

Exclusion Report

| Company Name | Address | City | State | Zip |
|---|---|---|---|---|
| CHRIST COVENANT BUYING CLUB | 167 CREAMERY ST | MARSHFIELD | VT | 05658 |
| COUNTRY DRY GOODS | 7678 MT DAVIS RD | MEYERSDALE | PA | 15552 |
| JEFFERSON COUNTRY STORE | 6737 S 300 E | BERNE | IN | 46711 |
| M & E FABRICS | 1654 MENNONITE SCHOOL RD | MONTEZUMO | GA | 31063 |
| SHADY LANE VARIETY | 16575 JADE AVE | BLOOMFIELD | IA | 52537 |
| YODER'S FABRICS | 4166 MASON SCHOOL RD | OAKLAND | MD | 21550 |