UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-7420 DSF (DTBx) | Date 10/7/13 |
| Title Laurie M. Montanez, et al. v. Gerber Childrenswear, LLC, et al. | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gerard Stranch | |
| Michael G. Stewart | William S. Brown |
| William T. Crowder | Linet Bidrossian |

**Proceedings:**   Hearing on Final Approval of Class Action Settlement

   The matter is called and counsel state their appearances. Also present is Jeff Pascoe, Vice President and General Counsel for Gerber Childrens Wear, LLC. The Court and counsel discuss specific items as set forth on the record. The settlement is approved. Counsel will file the attorney time records for fees in camera and under seal. The Court will issue separate orders.