1  BRANSTETTER STRANCH & JENNINGS, PLLC
   J. Gerard Stranch, IV, Esq.
2  gerards@branstetterlaw.com
   227 Second Avenue North, Fourth Floor
3  Nashville, TN 37201-1631
   Tel: (615) 254-8801
4  Fax: (615) 250-3937

5  EMERSON POYNTER LLP
   John G. Emerson, Esq.
6  830 Apollo Lane
   Houston, TX 77058-2610
7  Tel:   (281) 488-8854
   Fax:   (281) 488-8867
8
   THE CONSUMER LAW GROUP
9  Alan M. Mansfield (SBN: 125998)
   alan@clgca.com
10 10200 Willow Creek Road, Suite 160
   San Diego, CA  92131
11 Tel:   (619) 308-5034
   Fax:   (888) 341-5048
12
   *Attorneys for Plaintiffs*
13 [Additional Counsel Appear on Signature Page]

14            **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16 | | |
   |---|---|
   | LAURIE M. MONTANEZ, et al., | Case No. 2:09-CV-07420-DSF (DTBx) |
   | Plaintiffs, | <u>CLASS ACTION</u> |
   | v. | **PLAINTIFFS' NOTICE OF FILING OF OBJECTION** |
   | GERBER CHILDRENSWEAR, LLC, | Date:   Not  Applicable |
   | Defendant. | Time:   Not  Applicable |
   | | Judge:   Hon. Dale S. Fischer |
   | | Trial Date:  Not Set |

1    Pursuant to the Court's instruction, Plaintiffs, through Class Counsel, hereby

2    file the attached objection originally served on Class Counsel on September 12, 2013

3    via Federal Express (the "Objection").   Plaintiffs and Defendant addressed the

4    Objection with the Court in their replies filed on September 25, 2013 (Dkt. Nos. 272

5    and 273). The reply briefs were served on the Objector.  Further, Defendant filed the

6    Objection as part of its reply (Dkt. No. 273-1, Ex. A at PAGE ID 6513-14).    The

7    Court further considered the Objection at the Final Fairness Hearing held on October

8    7, 2013.

9        Because the Objection was not filed via the Court's CM/ECF system it did not

10   appear as a separate docket entry, and the Court requested that Plaintiffs correct this

11   to ensure a clean record in this case.  Accordingly, Plaintiffs file this Notice attaching

12   the Objection hereto.

13   Dated:  October 16, 2013                    Respectfully submitted,

14                                               BRANSTETTER STRANCH & JENNINGS,
                                                 PLLC
15
16                                               By:    /s/ James G. Stranch, IV
                                                 J. GERARD STRANCH, IV, Esq. (#23045)
17                                               gerards@branstetterlaw.com
                                                 James G. Stranch, III (#002542)
18                                               jims@branstetterlaw.com
                                                 227 Second Avenue North, Fourth Floor
19                                               Nashville, TN 37201-1631
                                                 Tel: (615) 254-8801
20                                               Fax: (615) 250-3937

21                                               THE CONSUMER LAW GROUP

22                                               By:    /s/ Alan M. Mansfield
                                                    ALAN M. MANSFIELD
23                                               alan@clgca.com
                                                 10200 Willow Creek Road, Suite 160
24                                               San Diego, CA  92126
                                                 Tel:   (619) 308-5034
25                                               Fax:   (888) 341-5048

26                                               EMERSON POYNTER LLP
                                                 John G. Emerson, Esq.
27                                               jemerson@emersonpoynter.com
                                                 830 Apollo Lane
28                                               Houston, TX 77058-2610
                                                 Tel:   (281) 488-8854
                                                 Fax:   (281) 488-8867

Scott E. Poynter, Esq.
scott@emersonpoynter.com
Christopher D. Jennings, Esq.
cjennings@emersonpoynter.com
500 President Clinton Ave., St. 305
Little Rock, AR 72201
Tel: (501) 907-2555
Fax: (501) 907-2556

WHATLEY DRAKE & KALLAS, LLC
Joe R. Whatley Jr., Esq.
Edith M. Kallas, Esq.
ekallas@wdklaw.com
Ilze C. Thielmann, Esq.
ithielmann@wdklaw.com
380 Madison Avenue, 23rd Floor
New York, NY  10017
Tel:   (212) 447-7070
Fax:   (212) 447-7077

JIGARJIAN LAW OFFICE
Robert A. Jigarjian, Esq.
jigarjianlaw@gmail.com
101 San Lucas Valley Rd., Suite 120
San Rafael, CA 94903
Tel: (415) 341-6660

MAURIELLO LAW FIRM
Thomas D. Mauriello, Esq. SBN: (144811)
tomm@maurlaw.com
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Tel: (949) 542-3555
Fax: (949) 606-9690

*Attorneys for Plaintiffs*