September 12, 2013

***Via Federal Express Overnight***
United States District Court
Central District of California
Clerk of the Court
255 East Temple Street
Los Angeles, CA 90012

Re: *Montanez and Hughes v. Gerber Childrenswear, LLC*, Case No. 2:09-CV-07420-DSF (DTBx)

Dear Clerk of Court:

Please accept this letter as my objection to the proposed class action settlement, the award of excessive attorneys' fees to class counsel, and the Court's approval of the settlement in the above referenced class action lawsuit. The proponents of this settlement have not met their burden to show that the settlement is fair, reasonable, and adequate.

My name is Gabi Canales Morgan. My address is 4701 Ayers, Suite 105, Corpus Christi, Texas 78415, 361-887-4700.

I am a consumer who purchased at retail new Gerber apparel products in the United States containing tagless labels on garments manufactured by Kitex from October 1, 2005 through May 20, 2009, therefore I am a member of the class.

I additionally object on the following grounds:

Objection is made to the overall unfairness of this settlement. The Settlement Agreement states an initial funding of Two Hundred Thousand Dollars ($200,000), which will be replenished by a payment of Fifty Thousand Dollars ($50,000) on an as needed basis if it falls below Fifty Thousand Dollars ($50,000). This information is not adequate enough to determine if payment of attorneys' fees totaling as much as $2,000,000, is excessive. Objection is also made to the proposed award of attorneys' fees, which is excessive under both a lodestar and a percentage of recovery methodologies. Additional objection is made to the extent of the failure of class counsel to make a detailed attorneys' fee and expense application within a reasonable and adequate amount of time for objectors to evaluate the fee and expense application.

The "relief" offered in Claims Categories I-V by Defendant are unreasonable, unfair and inadequate to the extent that the requirements of each category are unnecessary, unduly

1

burdensome, are calculated to drive down the number and quality of objections to the settlement and violate objector's due process rights. The parties have made this claims process ridiculously burdensome, which will result in fewer objections thus less money to be paid by the Defendant.

The "relief" offered in Category V has no benefit to a person who no longer has a need for children's clothing. Even if a person qualified under Category V as a class member, he or she would have to pay for additional clothing to receive a "10% off retail price" benefit. A class action is intended to convey a benefit to an injured class and, if there is no benefit to the class, then the settlement cannot be found to be fair, reasonable and adequate.

Specific objection is made that the proponents of this settlement have not met their burden to show that the settlement is fair, reasonable, and adequate.

Objection is made to the overly broad release, specifically but not limited to the release from liability "of every nature and description, known and unknown, relating to the initiation, assertion, prosecution, nonprosecution, settlement, and/or resolution of the Action and/or the Released Claims."

I also object to the proponents of the settlement not sustaining their burden of proof on commonality, predominance, superiority and adequacy of class counsel and class representatives under Federal Rule of Civil Procedure 23.

Objection is made to any procedures or requirements to object that require information or documents other than those that are contained herein to the extent that such requirements are unnecessary, unduly burdensome, are calculated to drive down the number and quality of objections to the settlement and violate objectors' due process rights and Rule 23(e)(5).

I also join in and incorporate herein by reference any and all objections filed by other objectors as though set forth in full, to the extent not inconsistent with the specific objections made herein.

I will not attend the fairness hearing.

I am mailing my objections, as indicated above and below, to the court and to the attorneys identified in the notice as required recipients.

Sincerely,

Gabi Canales Morgan

cc: *Via Federal Express Overnight*

J. Gerard Stranch, IV
Branstetter Stranch & Jennings, PLLC
227 Second Avenue North, Fourth Floor
Nashville, TN 37201-1631

William S. Brown
Nelson Mullins Riley & Scarborough, LLP
104 South Main Street, 9th Floor
Greenville, SC 29601

## DECLARATION OF GABI CANALES MORGAN IN SUPPORT OF OBJECTIONS TO CLASS ACTION SETTLEMENT IN *MONTANEZ AND HUGHES V. GERBER CHILDRENSWEAR, LLC*

Comes now GABI CANALES MORGAN and states the following under oath and under penalty of perjury in support of her objection:

"My name is Gabi Canales Morgan. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit.

The facts stated herein are within my personal knowledge.

"My address is 4701 Ayers, Suite 105, Corpus Christi, Texas 78415. My telephone number is (361) 887-4700. I am a resident of Corpus Christi, Texas.

"This declaration is made in support of my membership as part of the Settlement Class. I am a consumer who purchased at retail new Gerber apparel products in the United States containing tagless labels on garments manufactured by Kitex from October 1, 2005 through May 20, 2009, therefore I am a member of the class.

"I recall purchasing Gerber baby clothing with the Kitex label for my infant in late 2008 and early 2009, as many as six or seven garments. To the best of my knowledge, I purchased these items at the HEB Superstore, Walmart and/or Target.

"I am no longer in possession of these baby clothes.

"I object to the proposed settlement of *Montanez and Hughes v. Gerber Childrenswear, LLC*, C.A. No. CV 09-07420 (C.D. Cal.) for the reasons stated in my objection.

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this the 12[th] day of September, 2013, at Corpus Christi, Texas."

Gabi Canales Morgan

*Montanez v. Gerber Childrenswear*
**Class Litigation Administrator**
c/o KCC Class Action Services
P.O. Box 6177
Novato, CA 94948-6177

You have already filed your claim online. DO NOT mail this Claim Form. This is for your records only.

# GCM



Claim #: GCM- 6001572001
GABI CANALES MORGAN
4701 AYERS
SUITE 105
CORPUS CHRISTI, TX 78415

## CLAIM FORM
(Please do not use pencil or red ink)

### MONTANEZ V. GERBER CHILDRENSWEAR, LLC CLAIM FORM

Please provide the following information and sign the affirmation below, either by hand or electronically if submitting online. All Claim Forms must be postmarked, or submitted via facsimile, or online by email (PDF) at www.GCWSettlement.com by September 16, 2013. If mailing, please return this form to:

*Montanez v. Gerber Childrenswear* Class Litigation Administrator
c/o KCC Class Action Services
2335 Alaska Ave
El Segundo, CA 90245

**NOTE: CLAIM FORMS MUST BE POSTMARKED OR SUBMITTED BY SEPTEMBER 16, 2013.**

- Begin by determining if you purchased a garment that is covered by this settlement. You can obtain information on identifying garments at the website www.GCWSettlement.com or by requesting this information from the address above.

- If you have already contacted Gerber Childrenswear LLC and obtained a replacement garment through their customer satisfaction process, you cannot file a Claim to obtain replacement garments, but may be eligible to submit a claim for other remedies listed below, if applicable.

- Your settlement will be determined based upon which "Claims Category" applies to your situation. These categories are determined based on the following factors:

  o Do you still possess a garment covered by the class settlement?[+]

  o Do you have proof or evidence that the garment irritated your child's skin around the location of the tagless neck label?

  o Do you have any out-of-pocket, documented costs of treating your child for skin irritation at the site of the tagless neck label?

- **NOTE: Only garments purchased within the United States or the District of Columbia are covered under this settlement.**

---

[+] To seek and receive certain benefits under this settlement, you must return the garment with the Claim Form. To return the garment, mail this Claim Form and the garment(s) to: *Montanez v. Gerber Childrenswear* Class Litigation Administrator at the address above.

GCM_POC_130409_Draft

You have already filed your claim online. DO NOT mail this Claim Form. This is for your records only.

## Information About Your Garment

Please provide the following information with regards to each garment that you will be submitting as part of the settlement. You can make additional copies of these forms, download additional forms from the settlement website www.GCWSettlement.com, or may request additional forms from the address listed above.

*By submitting this form, you are certifying that you purchased the garment new from a retail location and that the garment is included within the class settlement.*

**Do you have the Garment(s):** (mark the appropriate box)

[ ] I still have the garment(s)          [X] I do not have the garment(s)

Garment(s) Description (color, size, and style): Color: white, Size: 10 mos, Style: onesie

Approximate Date of Purchase: 11/15/2008 (MM/DD/YYYY)

Retailer / Store / Place of Purchase: Walmart

City: Corpus Christi          State: TX

Purchase Price (if known): $ _____

Country of Origin Listed on Garment Label: _____

**If you have the garment(s), provide:**

Manufacturing Date Listed on Garment Label*: _____

Lot Number Listed on Garment Label*: _____

If eligible, I wish to receive the following form of compensation: (mark the appropriate box)

[ ] Transferable Discount Voucher     [X] Check     [ ] Replacement garment (size ____)

### Proof of Skin Irritation *(if applicable)*

If your child suffered from skin irritation at the location of the tagless label and you owned a garment that is part of the class settlement, you may be entitled to an additional award as set forth in the Settlement Agreement. **DO NOT** send original documents; send photocopies or PDFs. All information regarding the child and her/his skin irritation will be kept fully confidential.

---

* See GCWSettlement.com or **Exhibit D** to the Stipulation of Class Action Settlement for help in determining this information.

You have already filed your claim online. DO NOT mail this Claim Form. This is for your records only.

## Affected Child

Child's First and Last Name: _____

Description of Irritation (location on body, color, approximate size, etc): _____

_____

_____

**Evidence of Skin Irritation.** (mark the appropriate box and provide the evidence with this Claim Form)

[ ] Photographs of Irritation   [ ] Records from Physician   [X] I do not have any documentation

Approximate Date Skin Irritation Began:   Month: _____   Year: _____

Approximate Date Skin Irritation Stopped:   Month: _____   Year: _____

## Costs of Treatment of Skin Irritation (*if applicable*)

If you had out-of-pocket expenses for the treatment of a child for skin irritation at the location of the tagless label and you owned a garment that is part of the class settlement, you may be entitled to an additional award as set forth in the Settlement Agreement. **DO NOT** send original documents; send photocopies or PDFs. By completing this portion of the Claim Form you certify that you have made payment for costs of treatment for the child who suffered skin irritation. All information regarding the child and her/his skin irritation will be kept confidential.

Medical Provider / Pharmacy: _____

Address: _____

City: _____

State: _____   ZIP Code: _____

Approximate Date(s) of Treatment / Purchase: Month: _____   Year: _____

Out-of-Pocket Cost of Treatment: $ _____._____ (include only payments made by you and not payments made by insurance or others)

- 3 -

You have already filed your claim online. DO NOT mail this Claim Form. This is for your records only.

**Evidence of Treatment Costs.** (mark the appropriate box and provide the evidence with this Claim Form)

| ☐ Medical records referencing skin irritation | ☐ Receipts showing medicine purchased |
|---|---|
| ☐ Medical bills showing amount paid for treatment of skin irritation | ☒ I do not have any documentation |

### Certification of Statements in this Claim Form

The following certification must be executed by all Persons making a claim under the class settlement.

**Under penalty of perjury, I affirm that I am 18 or older and the statements made in this Claim Form are true and correct. I acknowledge that by participating in this Settlement, I am providing the Release described in the Class Notice to the Released Parties and I will be bound by the Covenant Not To Sue described in the Stipulation of Class Action Settlement.**

Signed: /s/GABI CANALES MORGAN

Printed Name: GABI CANALES MORGAN            Date (mm/dd/yyyy): 09/12/2013

**NOTE:** CLAIM FORMS MUST BE POSTMARKED OR SUBMITTED BY SEPTEMBER 16, 2013.

**NOTE:** YOU MUST RETURN ALL 4 PAGES OF THE CLAIM FORM AND ANY SUPPORTING MATERIAL.