BRANSTETTER STRANCH & JENNINGS, PLLC
J. Gerard Stranch IV, Esq.
gerards@branstetterlaw.com
227 Second Avenue North, Fourth Floor
Nashville, TN 37201-1631
Tel: (615) 254-8801
Fax: (615) 250-3937

EMERSON POYNTER LLP
John G. Emerson, Esq.
830 Apollo Lane
Houston, TX 77058-2610
Tel: (281) 488-8854
Fax: (281) 488-8867

THE CONSUMER LAW GROUP
Alan M. Mansfield (SBN 125998)
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

Attorneys for Plaintiff
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE M. MONTANEZ and JEHAN HUGHES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GERBER CHILDRENSWEAR, LLC, <br><br> Defendant. | Case No. 2:09-cv-07420-DSF (DTBx) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF SERVICE** <br><br> **PART(IES) SERVED: Defendant Gerber Childrenswear, LLC; and** <br><br> **Objector, Gabi Canales Morgan** |

   I, the undersigned, declare under penalty of perjury that I am employed with BRANSTETTER, STRANCH, AND JENNINGS, PLLC, whose address is 227 Second Ave. No, Fourth Floor, Nashville, TN 37201. I am over the age of eighteen years and not a party to this action; that I served the below named persons the following documents:

1

DECLARATION OF SERVICE                         CASE NO.: 2:09-CV-07420-DSF (DTBX)

**NOTICE OF FILING OF OBJECTION**

**SEPTEMBER 12, 2013 OBJECTION**

[ ] By personally delivering copies to the person served at the following address:

[ X ] Via electronic mail to the addresses listed below [as noted].

**SEE ATTACHED SERVICE LIST**

and additionally to the Objector, Gabi Canales Morgan

[ X ] By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each for collection and mailing pursuant to the ordinary business practice of this office, which mail is deposited with the U.S. Postal Service on the same day at Nashville, Tennessee.

[ ] By Overnight Mail by placing an Overnite/Federal Express Envelope addressed to each of the persons on the service list attached hereto and depositing said envelope in the Overnite/Federal Express Pickup Boxes located at Activity Road in San Diego, California 92126.

Executed this  16th  day of  October , 2013 at Nashville, Tennessee.

*S/ J. GERARD STRANCH, IV*
J. GERARD STRANCH, IV

2

DECLARATION OF SERVICE         CASE NO.: 2:09-CV-07420-DSF (DTBX)

# SERVICE LIST

| | |
|---|---|
| YUKEVICH CALFO & CAVANAUGH<br>James J. Yukevich, Esq.<br>jyukevich@yukelaw.com<br>Cristina M. Ciminelli, Esq.<br>cciminelli@yukelaw.com<br>Keishunna Randall, Esq.<br>krandall@yukelaw.com<br>355 South Grand Avenue, 15th Fl.<br>Los Angeles, CA 90071-1560<br>Tel: (213) 362-7777<br>Fax: (213) 362-7788<br><br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Marvin Quattlebaum, Esq.<br>marvin.quattlebaum@nelson.mullins.com<br>William S. Brown<br>william.brown@nelson.mullins.com<br>Dowse Bradwell Rustin, Esq.<br>brad.rustin@nelsonmullins.com<br>Poinsett Plaza, Suite 900<br>104 South Main Street<br>Greenville, SC 29601-2122<br>Tel: (864) 250-2320<br>Fax: (864) 232-2925<br><br>Attorneys for Defendant GERBER CHILDRENSWEAR, LLC | WHATLEY DRAKE & KALLAS, LLC<br>Joe R. Whatley, Jr., Esq.<br>jwhatley@wdklaw.com<br>Edith M. Kallas, Esq.<br>ekallas@wdklaw.com<br>Ilze C. Thielmann, Esq.<br>ithielmann@wdklaw.com<br>380 Madison Avenue, 23rd Floor<br>New York, NY 10017<br>Tel: (212) 447-7070<br>Fax: (212) 447-7077<br><br>THE CONSUMER LAW GROUP<br>Alan M. Mansfield (SBN 125998)<br>alan@clgca.com<br>10200 Willow Creek Road, Suite 160<br>San Diego, CA 92131<br>Tel: (619) 308-5034<br>Fax: (888) 341-5048<br><br>Co-Counsel for Plaintiffs |
| EMERSON POYNTER LLP<br>John G. Emerson, Esq.<br>jemerson@emersonpoynter.com<br>830 Apollo Lane<br>Houston, TX 77058-2610<br>Tel: (281) 488-8854<br>Fax: (281) 488-8867<br><br>Scott E. Poynter, Esq.<br>scott@emersonpoynter.com<br>Christopher D. Jennings, Esq.<br>cjennings@emersonpoynter.com<br>500 President Clinton Ave., Ste. 305<br>Little Rock, AR 72201<br>Tel: (501) 907-2555<br>Fax: (501) 907-2556<br><br>Co-Counsel for Plaintiffs | JIGARJIAN LAW OFFICE<br>Robert A. Jigarjian, Esq. (SBN 171107)<br>jigarjianlaw@gmail.com<br>101 San Lucas Valley Rd., Ste. 120<br>San Rafael, CA 94903<br>Tel: (415) 341-6660<br><br>Co-Counsel for Plaintiffs |

3

DECLARATION OF SERVICE     CASE NO.: 2:09-CV-07420-DSF (DTBX)

| | |
|---|---|
| 1  BRANSTETTER STRANCH &<br>     JENNINGS PLLC<br>2  James G. Stranch III, Esq.<br>    jims@branstetterlaw.com<br>3  J. Gerard Stranch, IV, Esq.<br>    gerards@branstetterlaw.com<br>4  Michael G. Stewart, Esq.<br>    mikes@branstetterlaw.com<br>5  227 Second Avenue North, Fourth Floor<br>    Nashville, TN  37201-1631<br>6  Tel: (615) 254-8801<br>    Fax:  (615) 250-3937<br>7<br>    Co-Counsel for Plaintiffs<br>8 | MAURIELLO LAW FIRM<br>Thomas D. Mauriello (SBN: 144811)<br>tomm@maurlaw.com<br>1181 Puerta Del Sol, Suite 120<br>San Clemente, CA  92673<br>Tel: (949) 542-3555<br>Fax: (949) 606-9690<br><br>Co-Counsel for Plaintiffs |
| 9<br>10  Gabi Canales Morgan, Objector<br>      4701 Ayers, Suite 105<br>11  Corpus Christi, TX  78415<br><br>     **Via U.S. Mail**<br>12 | |

4

DECLARATION OF SERVICE    CASE NO.: 2:09-CV-07420-DSF (DTBX)