UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 09-7420 DSF (DTBx) | Date | 11/6/13 |
|---|---|---|---|
| Title | Laurie M. Montanez, et al. v. Gerber Childrenswear, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order Re Attorneys' Fees and Costs and Incentive Award

   This matter having been brought before the Court by Plaintiffs through Branstetter Stranch & Jennings, PLLC, Emerson Poynter LLP, The Consumer Law Group of California, and Whatley Drake & Kallas, LLC (together, "Settlement Class Counsel"), pursuant to Fed. R. Civ. P. 23(e), for an Order granting final approval of a class action settlement and the application of Settlement Class Counsel for payment of attorneys' fees and reimbursement of expenses and payments to the class representative and Plaintiffs in connection with granting final approval of a class action settlement of this action (the "Motion"); and the Court, having reviewed the submissions of the parties and all purported members of the Settlement Class, having held a hearing on October 7, 2013, having reviewed *in camera* the underlying time records and expense reports from Settlement Class Counsel, which records were submitted to the Court in response to the Court's request during the October 7, 2013 hearing, and for good cause shown, orders as follows:

   1.  The proposed collective Attorneys' Fees and Expenses payment to Settlement Class Counsel as set forth in Settlement Class Counsel's separate fee and expense application and in Paragraphs 3.5 and 8.1 of the Settlement Agreement is approved as fair and reasonable based on the submission of the parties and the Court's completed review of Settlement Class Counsel's detailed time and expense records.  This amount shall be paid directly by Defendant to Settlement Class Counsel as agreed between the parties in accordance with the provisions of paragraphs 6.1.7 and 8.1 of the Settlement Agreement,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

and are to be allocated between Settlement Class Counsel as agreed between them in accordance with paragraph 8.2 of the Settlement Agreement.

    2.  The Court approves an incentive award in the amount of $2500 to Plaintiff/Class Representative Jehan Hughes only, which the Court finds is fair and reasonable under the circumstances of this case.  This amount shall be paid in accordance with the provisions of paragraphs 3.26 and 6.1.7 of the Settlement Agreement.

    IT IS SO ORDERED.