**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 04 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAURIE M. MONTANEZ, individually and on behalf of all others similarly situated; et al.,<br><br>        Plaintiffs - Appellees,<br><br> And<br><br>GERBER CHILDRENSWEAR, LLC,<br><br>        Defendant - Appellee,<br><br>  v.<br><br>GABI CANALES MORGAN,<br><br>        Objector - Appellant. | No. 13-57068<br><br>D.C. No. 2:09-cv-07420-DSF-DTB<br>Central District of California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
6/4/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

    Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

    A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation